IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KAREN DORRIS, )
)
        Plaintiff, )
)
v. )        Case No. 3:04-0983
)        District Judge Trauger
CUMMINS ENGINE COMPANY, INC. )        Magistrate Judge Knowles
GROUP INSURANCE PLAN; LONG TERM )
DISABILITY PLAN OF CUMMINS ENGINE )
COMPANY, INC., CUMMINS, INC.; )
CONNECTICUT GENERAL LIFE )
INSURANCE COMPANY; and LIFE )
INSURANCE COMPANY OF NORTH )
AMERICA; )
)
        Defendants. )

## ORDER

For the reasons expressed in the accompanying Memorandum, defendants' motion for

judgment on the administrative record (Docket No. 74) is DENIED, and plaintiff's cross-motion for

judgment on the administrative record (Docket No. 77) is GRANTED.   The decision to deny Ms.

Dorris's claim for long-term disability benefits under the Plan is hereby REVERSED.  Defendants

are ORDERED to pay Ms. Dorris  all past-due long-term disability benefits, health benefits, and

other employee benefits available to her, and reinstate all of her future and ongoing benefits.  Ms.

Dorris is also entitled to an award of attorney's fees and costs, for which plaintiff's counsel shall file

a properly supported application.

It is so ordered.

Entered this 17th day of November 2006.

_____
ALETA A. TRAUGER
United States District Judge

1